# SIMMONS JANNACE DELUCA, LLP

ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon
—————————
Marcus Brown
Irina Feferman*
Michael C. Hayes
Thomas J. Jannace
Ian J. Toth
Scott H. Wertheimer

Counsel

Matthew C. Maloney

*Also Admitted NJ
^Also Admitted CT

June 30, 2026

**Via ECF & E-mail**
CronanNYSDChambers@nysd.uscourts.gov
District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

        Re:   Cheryl Brown v. Target Corporation
              Docket No.: 1:26-cv-5251
              SJD No.: 11019

Dear Judge Cronan:

        This office represents Target Corporation in connection with the above referenced matter. Please allow the following to serve as Target's request to adjourn the Initial Pretrial Conference currently scheduled for July 13, 2026. Plaintiff has consented to this request.

        The undersigned respectfully submits that I will be out of the Country from July 6, 2026 through July 16, 2026. As such, I will be unable to appear for the Initial Pre-Trial Conference. The parties have conferred and propose the following new dates: August 10, August 14 or August 17, 2026.

        Alternatively, if the Court denies the application to adjourn the conference, please allow this correspondence to serve as Target's request that it be permitted to have an attorney appear for the conference on July 13, 2026 who is not the principal trial attorney.

        Thank you for the opportunity to address the Court in this matter.

June 30, 2026
Page 2

                                    Respectfully submitted,

                                    /s/ *Sal F. DeLuca*

                                    Sal F. DeLuca

MB/rb

Cc:   JONATHAN E. GOLD
      GOLD & GOLD P.A.
      Attorneys for Plaintiff
      CHERYL BROWN
      900 Walt Whitman Road, Suite 310
      Melville, New York 11747


The request is granted.  The initial pretrial conference is adjourned to August 10, 2026, at 2:00 p.m.  At that time, counsel should call (855) 244-8681, access code 2302 755 2307.

The Clerk of Court is respectfully directed to close Docket Number 7.

SO ORDERED.
July 1, 2026
New York, New York

JOHN P. CRONAN
United States District Judge