SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Marcus Brown
Irina Feferman*
Michael C. Hayes
Thomas J. Jannace
Ian J. Toth
Scott H. Wertheimer

Counsel

Matthew C. Maloney

*Also Admitted NJ
^Also Admitted CT

Application **GRANTED**. The initial Case Management Conference scheduled for August 27, 2026 will now be held on **Monday, September 14, 2026 at 11:00 AM**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 458 384 17#**.

The Clerk of Court is respectfully requested to terminate ECF 14.

Dated: August 20, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

August 19, 2026

TarnofskyNYSDChambers@nysd.uscourts.gov
Magistrate Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

Re: Cheryl Brown v. Target Corporation
Docket No.: 1:26-cv-5251
SJD No.: 11019

Dear Magistrate Judge Tarnofsky:

This office represents Target Corporation in connection with the above referenced matter. Please allow the following to serve as Target's request to adjourn the Initial Pretrial Conference currently scheduled for August 27, 2026. Plaintiff has consented to this request.

The undersigned respectfully submits that I will be on a plane, without availability to call in for the conference. As such, I will be unable to appear at the Initial Case Management Conference. The parties have conferred and propose the following new dates: September 14, or September 17, 2026. There was a prior request on July 6, 2026, for a similar reason, which the Hon. John P. Cronan granted.

Alternatively, if the Court denies the application to adjourn the conference, please allow this correspondence to serve as Target's request that it be permitted to have an attorney appear for the conference on August 27, 2026, who is not the principal trial attorney. Scott Wertheimer, an attorney from our office, is available to attend on behalf of Target Corporation.

Thank you for the opportunity to address the Court in this matter.

Respectfully submitted,

Sal F. DeLuca

Sal F. DeLuca

MB/rb

Cc: JONATHAN E. GOLD
GOLD & GOLD P.A.
Attorneys for Plaintiff
CHERYL BROWN
900 Walt Whitman Road, Suite 310
Melville, New York 11747